**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Georgia Woodberry, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-001474

---

Appeal From Florence County
William H. Seals, Jr., Circuit Court Judge

---

Unpublished Opinion No. 2022-UP-160
Heard March 15, 2022 – Filed April 6, 2022

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Appellate Defender Joanna Katherine Delany, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Special Assistant Attorney General Yasmeen Ebbini Klein, all of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Petitioner Georgia Woodberry's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**THOMAS, MCDONALD, and HEWITT, JJ., concur.**